AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

FRANK GODFREY, ED TIPPIN, BRYAN WILLIAMS, on their own behalf and on behalf of all others similarly situated,

    Plaintiffs,

v.

CHELAN COUNTY PUBLIC UTILITY DISTRICT,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-06-332-JLQ

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the First Amended Complaint and the claims therein are dismissed with prejudice and without further costs or attorney fees to any party. The claims that are thereby dismissed shall include all claims encompassed by the release set out in the Settlement Agreement.

| | |
|---|---|
| July 18, 2008 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Linda Emerson |
| | *(By) Deputy Clerk* |
| | Linda Emerson |